

# NUMBER 13-13-00175-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EVERETT LOUIS KELLEY**
**A/K/A EVERETT SAM KELLEY,** APPELLANT,

**v.**

**THE STATE OF TEXAS,** APPELLEE.

---

### On appeal from the 24th District Court
### of Jackson County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This cause is before the Court on appellant's second motion for extension of time to file the brief. Appellant's brief was originally due to be filed on June 17, 2013, and this Court has previously granted appellant an extension for the filing of appellant's brief in this cause. Appellant has now filed his second motion requesting additional time to file

the appellate brief in this cause.

The Court, having fully examined and considered appellant's second motion for extension of time to file the brief and the extension previously granted in this cause, is of the opinion that, in the interest of justice, appellant's second motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's second motion for extension of time to file the brief is hereby GRANTED, and the Honorable Luis A. Martinez, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before October 7, 2013. Further motions for extension of time will not be favorably entertained by the Court.

The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Luis A. Martinez by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of September, 2013.